## Commonwealth *v.* Tuff, Appellant.

Submitted September 8, 1969. *W. Bourne Ruthrauff,* and *Tate and Ervin,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Tyler, Appellant.

Submitted September 8, 1969. *Carl A. Belin, Jr.,* and *Belin & Belin,* for appellant; *Ervin S. Fennell, Jr.,* Assistant District Attorney, and *John K. Reilly, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.